**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LOUIS FROUD,** *et al.*                                                                                          **PLAINTIFF**

**V.**                                          **4:09CV00936-WRW**

**ANADARKO E&P COMPANY
LIMITED PARTNERSHIP,** *et al.*                                                              **DEFENDANTS**

**ORDER**

In the March 16, 2010, Order, I asked the parties to submit simultaneous briefs regarding whether this case should be stayed pending a ruling by the Court of Appeals for the Eighth Circuit in *Griffis, et al v. Anadarko E&P Company, L.P, et al.*[1]  After reviewing the briefs, I believe that this case should be, and hereby, is STAYED.

The parties should file a joint motion to lift the stay once the Eighth Circuit issues its ruling in *Griffis*.

IT IS SO ORDERED this 31st day of March, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] No. 4:08-CV-01974-WRW (E.D. Ark. filed Sept. 5, 2008).