IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOUIS FROUD AND SHANNON FROUD,
DEAN STAGGS, LINDA STAGGS,
BRETT MASON AND LYNNDA MASON,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED                                                    PLAINTIFFS

vs.                                         4:09CV00936-WRW

ANADARKO E&P COMPANY LIMITED
PARTNERSHIP, ANADARKO LAND
CORPORATION, UPLAND INDUSTRIES
CORPORATION, UPLAND INDUSTRIAL
DEVELOPMENT COMPANY, SEECO, INC.,
XTO ENERGY INC., CHESAPEAKE
EXPLORATION, LCC, AND CHESAPEAKE
EXPLORATION LIMITED PARTNERSHIP                                          DEFENDANTS

## JUDGMENT

Based on an Order entered this date granting Defendants' Motions for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 1st day of September, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE